IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BBA NONWOVENS SIMPSONVILLE INC, REEMAY INC., and BBA HOLDINGS INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) DEMAND FOR JURY TRIAL <br> ) |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff BALDWIN GRAPHIC SYSTEMS, INC. states that it is wholly owned by Baldwin Americas Corporation, a Delaware corporation. Baldwin Americas Corporation is wholly owned by Baldwin Technology Company, Inc., a publicly held Delaware corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 198999
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for Plaintiff,*
  BALDWIN GRAPHIC
  SYSTEMS, INC.

OF COUNSEL:

James W. Gould
Keith J. McWha
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
(212) 415-8700

February 3, 2006