# United States District Court

_____ DISTRICT OF __DELAWARE_____

BALDWIN GRAPHIC SYSTEMS, INC.

            Plaintiff,

    v.

BBA NONWOVENS SIMPSONVILLE INC.,
REEMAY INC. and BBA HOLDINGS INC.

           Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO:    BBA Holdings Inc.
        c/o The Prentice-Hall Corporation System, Inc.
        2711 Centerville Road, Suite 400
        Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

        Jack B. Blumenfeld, Esquire
        Morris, Nichols, Arsht & Tunnell LLP
        1201 N. Market Street, P.O. Box 1347
        Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                     FEB 0 3 2006

CLERK                                                            DATE

_[signature]_
BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and amended complaint was made by me[1] | DATE<br>March 14, 2006 |
| NAME OF SERVER (PRINT)<br>GEORGE HECKERT | TITLE<br>Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):
Service of the Summons and Complaint was made upon defendant by delivering copies thereof to defendant's registered agent, The Prentice-Hall Corporation System, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/14/06
            Date             Signature of Server
                             Blue Marble Logistics
                             800 King St., Wilmington, DE  19801
                             _____
                             *Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure