IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC.,              ) | |
|                                                                          ) | |
|            Plaintiff,                                              ) | |
|                                                                          ) | |
|     v.                                                                ) | C.A. No. 06-77 (JJF) |
|                                                                          ) | |
| BBA NONWOVENS SIMPSONVILLE INC.,   ) | |
| REEMAY INC., and BBA HOLDINGS INC.,   ) | |
|                                                                          ) | |
|            Defendants.                                         ) | |
|                                                                          ) | |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST BBA HOLDINGS INC. ONLY**

Please take notice that plaintiff dismisses its claims against BBA Holdings Inc. without prejudice. This dismissal has no effect upon plaintiff's claims against the other defendants.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Jack B. Blumenfeld*

---

Jack B. Blumenfeld (#1014)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for Plaintiff,*
  *Baldwin Graphic Systems, Inc.*

OF COUNSEL:

James W. Gould
Keith J . McWha
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY  10281-2101
(212) 415-8700

March 22, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2006, he caused Notice of Dismissal of Claims Against BBA Holdings Inc. Only to be electronically filed with the Clerk of the Court using CM/ECF, and that he caused copies to be served on March 22, 2006 upon the following in the manner indicated:

**BY HAND**

BBA Nonwovens Simpsonville Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE   19801

BBA Holdings Inc.
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE   19808

Reemay Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE   19801

/s/   *Jack B. Blumenfeld (#1014)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com