IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., : <br> : <br> Plaintiff, : <br> v. : <br> : <br> BBA NONWOVENS SIMPSONVILLE INC. : <br> and REEMAY INC., : <br> Defendants. : <br> : | C.A. No. 06-077-JJF |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, counterclaim plaintiffs Reemay Inc. and BBA Nonwovens Simpsonville Inc. hereby disclose that Reemay Inc. is the owner of BBA Nonwovens Simpsonville Inc.  Reemay Inc. has a parent corporation, BBA Group PLC, which is a publicly held corporation.  No publicly held corporation other than BBA Group PLC owns 10% or more of the stock of either Reemay Inc. or BBA Nonwovens Simpsonville Inc.

Date: April 4, 2006

Of Counsel:

Michael E. Zeliger, Esq.
Christopher Centurelli, Esq.
R. Jan Pirozzolo-Mellowes, Esq.
KIRKPATRICK & LOCKHART
 NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:  (617) 261-3100

CONNOLLY BOVE LODGE & HUTZ, LLP

/s/ Kevin M. Baird
Kevin M. Baird (#4219)
James M. Lennon (#4570)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Telephone: 302-252-4234
Facsimile:  302-255-4311
kbaird@cblh.com

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, Esq. hereby certify that on April 4, 2006, copies of the foregoing document were caused to be served upon the following:

**BY ELECTRONIC FILING AND HAND DELIVERY**

>Jack Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

>/s/ Kevin M. Baird
>Kevin M. Baird (# 4219)