## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., : <br> : <br>         Plaintiff, : <br>     v. : <br> : <br> BBA NONWOVENS SIMPSONVILLE INC. : <br> and REEMAY INC., : <br>         Defendants. : <br> : | C.A. No. 06-077-JJF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael E. Zeliger, Esq., Christopher Canturelli, Esq. and R. Jan Pirozzolo-Mellowes, Esq. of Kirkpatrick & Lockhart Nicholson Graham LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950, to represent defendants in this matter.

CONNOLLY BOVE LODGE & HUTZ, LLP

/s/ Kevin M. Baird
Kevin M. Baird (#4219)
James M. Lennon (#4570)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Telephone:  302-252-4234
Facsimile:  302-255-4311
kbaird@cblh.com

*Attorneys for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State(s) of Massachusetts, New York, Vermont and Colorado (inactive) and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 has already been submitted to the Clerk's Office in connection with another case now pending in the District of Delaware in which I am currently admitted pro hac vice.

Date _April 9, 2006_

Michael E. Zeliger, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(Tel) 617-261-3100
(Fax) 617-261-3175

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State(s) of Massachusetts and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date 04/04/2006

Christopher Canturelli, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(Tel) 617-261-3100
(Fax) 617-261-3175

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State(s) of Massachusetts and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date _April 4, 2006_

R. Jan Pirozzolo-Mellowes, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(Tel) 617-261-3100
(Fax) 617-261-3175

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, Esq. hereby certify that on April 5, 2006, copies of the foregoing

document were caused to be served upon the following:

### BY ELECTRONIC FILING AND HAND DELIVERY

Jack Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

/s/ Kevin M. Baird
Kevin M. Baird (# 4219)