IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BALDWIN GRAPHICS SYSTEMS, INC., )
)
Plaintiff, )
)
v. ) C.A. No. 06-77 (JJF)
)
BBA NONWOVENS SIMPSONVILLE INC., )
and REEMAY INC., )
Defendants. )

**SUBSTITUTION OF COUNSEL**

Pursuant to District of Delaware Local Rule 83.7, Francis DiGiovanni of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899, hereby enters his appearance as counsel for defendants BBA Nonwovens Simpsonville Inc. and Reemay Inc.; and Kevin M. Baird of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899, withdraws his appearance as counsel for defendants BBA Nonwovens Simpsonville Inc. and Reemay Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

//s/ Francis DiGiovanni
Francis DiGiovanni (Bar No. 3189)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

DATED: June 2, 2006

WOMBLE CARLYLE SANDRIDGE & RICE PLLC

/s/ Kevin M. Baird
Kevin M. Baird (Bar No. 4219)
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(336) 721-3600

DATED: June 2, 2006

OF COUNSEL:

Michael E. Zeliger
Christopher Canturelli
R. Jan Pirozzolo-Mellowes
KIRPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Dated: June 2, 2006

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni hereby certify that on June 2, 2006, a true and correct copy of the foregoing document was caused to be served upon the following:

**VIA HAND DELIVERY**
Jack Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE& HUTZ LLP
The Nemours Building – 8th Floor
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

468276_1