**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

**Francis DiGiovanni**
Partner

TEL (302) 658-9141
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

June 6, 2006

**VIA E-FILING AND HAND DELIVERY**
Dr. Peter T. Dalleo, Clerk of the Court
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re: *Baldwin Graphic Systems, Inc. v. BBA Nonwovens Simpsonville Inc. and Reemay Inc.*, Civ. No. 06-077-JJF

Dear Dr. Dalleo:

    This letter is written to respectfully request that the Court correct the spelling of Christopher Centurelli's last name that was misspelled in the Motion and Order for Admission Pro Hac Vice (D.I. 11). The correct spelling is Centurelli.

    If you have any questions, please contact me at your earliest convenience.

                                  Respectfully submitted,

                                  Francis DiGiovanni

FD:dhd

cc:     Jack B. Blumenfeld, Esquire (By Hand)

468762_1