IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., : <br> : <br> Plaintiff, : <br> v. : <br> : <br> BBA NONWOVENS SIMPSONVILLE INC. : <br> and REEMAY INC., : <br> Defendants. : | C.A. No. 06-077-JJF |

## CORRECTED
## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

These document are submitted to respectfully request the correction of Christopher Centurelli's last name that was misspelled in the documents filed on April 5, 2006, (D.I. 11) in the above-referenced matter.

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Christopher Centurelli, Esq. of Kirkpatrick & Lockhart Nicholson Graham LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950, to represent defendants in this matter.

CONNOLLY BOVE LODGE & HUTZ, LLP

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Telephone: 302-252-4234
Facsimile: 302-255-4311
fdigiovanni@cblh.com

*Attorneys for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____         _____
United States District Judge

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni hereby certify that on June 13, 2006, copies of the foregoing document were caused to be served upon the following:

**BY ELECTRONIC FILING AND HAND DELIVERY**

>Jack Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

>/s/ Francis DiGiovanni
>Francis DiGiovanni (# 3189)

469824_1

<u>**CORRECTED**</u>
<u>**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**</u>

This document is prepared to respectfully request the correction of Christopher Centurelli's last name that was incorrectly spelled in the documents filed on April 5, 2006, (D.I. 11) in the above-referenced matter.

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State(s) of Massachusetts and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date 06/09/2006

Christopher Centurelli, Esquire
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(Tel) 617-261-3100
(Fax) 617-261-3175

469827_1