IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-77 (JJF) |
| | ) | |
| BBA NONWOVENS SIMPSONVILLE INC. and REEMAY INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Initial Disclosure Pursuant to Rule 26(a)(1), Fed. R. Civ. P.* were caused to be served on June 30, 2006 upon the following in the manner indicated:

### BY HAND

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207

### BY FACSIMILE and FEDERAL EXPRESS

Michael E. Zeliger
Christopher Centurelli
R. Jan Priozzolo-Mellowes
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         */s/   Jack B. Blumenfeld*
                         Jack B. Blumenfeld (#1014)
                         Leslie A. Polizoti (#4299)
                         1201 N. Market Street
                         P.O. Box 1347
                         Wilmington, DE  19899-1347
                         (302) 658-9200
                         jblumenfeld@mnat.com
                          *Attorneys for Plaintiff,*
                          *Baldwin Graphic Systems, Inc.*

OF COUNSEL:

James W. Gould
Keith J. McWha
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY  10281-2101
(212) 415-8700

June 30, 2006

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 30, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Francis DiGiovanni
>CONNOLLY BOVE LODGE & HUTZ, LLP

I also certify that copies were caused to be served on June 30, 2006 upon the following in the manner indicated:

### BY HAND

>Francis DiGiovanni
>CONNOLLY BOVE LODGE & HUTZ, LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19899-2207

### BY FACSIMILE and FEDERAL EXPRESS

>Michael E. Zeliger
>Christopher Centurelli
>R. Jan Priozzolo-Mellowes
>KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
>State Street Financial Center
>One Lincoln Street
>Boston, MA  02111-2950

>*/s/     Jack B. Blumenfeld*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com