IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77 (JJF) |
| ) | |
| BBA NONWOVENS SIMPSONVILLE INC. ) | |
| and REEMAY INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** was served upon the following attorneys of record on June 30, 2006

**Via Hand Delivery**
Jack Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

**Via First Class Mail**
Keith J. McWha, Esquire
Morgan & Finnegan
3 World Financial Center
New York, NY  10281

Dated: June 30, 2006

*/s/ Stephanie O'Byrne*
Stephanie O'Byrne (#4446)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801

Attorneys for Defendant

474200_1.DOC

Date: June 30, 2006

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ, LLP**

<u>/s/Stephanie O'Byrne</u>
Stephanie O'Byrne, Esq. (#4446)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Telephone:  302-252-4234
Facsimile:   302-255-4311
fdigiovanni@cblh.com

*Pro hac vice*:
Michael E. Zeliger, Esq.
Christopher Centurelli, Esq.
R. Jan Pirozzolo-Mellowes, Esq.
**KIRKPATRICK & LOCKHART
 NICHOLSON GRAHAM LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:  (617) 261-3100
Facsimile:   (617) 261-3175