## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-77-JJF |
| | ) |
| BBA NONWOVENS SIMPSONVILLE INC. and REEMAY INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents: **DEFENDANT BBA NONWOVENS SIMPSONVILLE INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-15) and DEFENDANT BBA NONWOVENS SIMPSONVILLE INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-98)** was served upon the following attorneys of record on July 14, 2006

**Via Hand Delivery**
Jack Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Via Facsimile and
**Federal Express**
Keith J. McWha, Esquire
Morgan & Finnegan
3 World Financial Center
New York, NY  10281-2101

Dated: July 14, 2006

/s/ *Francis DiGiovanni*
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com
Attorneys for Defendants

476353_1

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on July 14, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by facsimile and Federal Express on the following counsel of record:

> Keith J. McWha, Esquire
> Morgan & Finnegan
> 3 World Financial Center
> New York, NY  10281-2101

/s/ *Francis DiGiovanni*
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Attorneys for Defendants

476353_1