IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77 (JJF) |
| ) | |
| BBA NONWOVENS SIMPSONVILLE INC. ) | |
| and REEMAY INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's First Request for the Production of Documents and Things to Defendants (Nos. 1-54) and Plaintiff's First Set of Interrogatories to Defendants (Nos. 1-4) were caused to be served on July 14, 2006 upon the following in the manner indicated:

### BY HAND

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207

### BY FACSIMILE and FEDERAL EXPRESS

Michael E. Zeliger
Christopher Centurelli
R. Jan Priozzolo-Mellowes
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/   Jack B. Blumenfeld (#1014)*
                                        Jack B. Blumenfeld (#1014)
                                        Leslie A. Polizoti (#4299)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                        jblumenfeld@mnat.com
                                          *Attorneys for Plaintiff,*
                                          *Baldwin Graphic Systems, Inc.*

OF COUNSEL:

James W. Gould
Keith J . McWha
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY  10281-2101
(212) 415-8700

July 14, 2006

Case 1:06-cv-00077-JJF    Document 23    Filed 07/14/2006    Page 3 of 3