IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-77-JJF ) |
| BBA NONWOVENS SIMPSONVILLE INC. and REEMAY INC., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents: **DEFENDANT BBA'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-4)** and **DEFENDANT BBA'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS (NOS. 1-54)** was served upon the following attorneys of record on August 14, 2006.

**Via Hand Delivery**
Jack Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**Via Facsimile and Federal Express**
Keith J. McWha, Esquire
Morgan & Finnegan
3 World Financial Center
New York, NY 10281-2101

Dated: August 14, 2006

/s/ Stephanie O'Byrne
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com
Attorneys for Defendants

481912