IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77 (JJF) |
| ) | |
| BBA NONWOVENS SIMPSONVILLE INC. ) | |
| and REEMAY INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Baldwin's Responses to BBA Nonwovens Simpsonville, Inc.'s First Set of Interrogatories (Nos. 1-15) and Baldwin's Responses to BBA Nonwovens Simpsonville, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-98) were caused to be served on August 14, 2006 upon the following in the manner indicated:

**BY HAND**

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207

**BY FACSIMILE and FEDERAL EXPRESS**

Michael E. Zeliger
Christopher Centurelli
R. Jan Priozzolo-Mellowes
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/   Leslie A. Polizoti*
                            Jack B. Blumenfeld (#1014)
                            Leslie A. Polizoti (#4299)
                            1201 N. Market Street
                            P.O. Box 1347
                            Wilmington, DE  19899-1347
                            (302) 658-9200
                            lpolizoti@mnat.com
                             *Attorneys for Plaintiff,*
                             *Baldwin Graphic Systems, Inc*.

OF COUNSEL:

James W. Gould
Keith J . McWha
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY  10281-2101
(212) 415-8700

August 14, 2006

## CERTIFICATE OF SERVICE

I, Leslie A. Polizoti, hereby certify that on August 14, 2006 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Francis DiGiovanni
>CONNOLLY BOVE LODGE & HUTZ, LLP

I also certify that copies were caused to be served on August 14, 2006 upon the following in the manner indicated:

### BY HAND

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207

### BY FACSIMILE and FEDERAL EXPRESS

Michael E. Zeliger
Christopher Centurelli
R. Jan Priozzolo-Mellowes
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

*/s/ Leslie A. Polizoti*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com