IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77-JJF |
| ) | |
| BBA NONWOVENS SIMPSONVILLE INC. ) | |
| and REEMAY INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents: **DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF** and **DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFF** was served upon the following attorneys of record on August 31, 2006.

**Via Hand Delivery**
Jack Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**Via Facsimile and Federal Express**
Keith J. McWha, Esquire
Morgan & Finnegan
3 World Financial Center
New York, NY 10281-2101

Dated: August 31, 2006

/s/ *Francis DiGiovanni*
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com
Attorneys for Defendants

485320

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on August 31, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by facsimile and Federal Express on the following counsel of record:

>Keith J. McWha, Esquire
>Morgan & Finnegan
>3 World Financial Center
>New York, NY 10281-2101

>/s/ *Francis DiGiovanni*
>Francis DiGiovanni (#3189)
>Stephanie O'Byrne (#4446)
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE 19899
>Phone (302) 658-9141
>
>Attorneys for Defendants

485320