IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77 (JJF) |
| ) | |
| BBA NONWOVENS SIMPSONVILLE INC. ) | |
| and REEMAY INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Plaintiff's First Set of Requests to Defendant for Admissions of Fact Pursuant to Rule 36, Fed. R. Civ. P. (Nos. 1-15); (2) Plaintiff's Second Requests to Defendant for the Production of Documents and Things Pursuant to Rule 34, Fed. R. Civ. P. (Nos. 55-66); and (3) Plaintiff's Second Set of Interrogatories to Defendant Pursuant to Rule 33, Fed. R. Civ. P. (Nos. 5-11) were caused to be served on September 1, 2006 upon the following in the manner indicated:

**BY HAND**

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207

**BY FEDERAL EXPRESS**

Michael E. Zeliger
Christopher Centurelli
R. Jan Priozzolo-Mellowes
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP


                    */s/   Jack B. Blumenfeld (#1014)*
                    Jack B. Blumenfeld (#1014)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                    jblumenfeld@mnat.com
                     *Attorneys for Plaintiff,*
                     *Baldwin Graphic Systems, Inc.*

OF COUNSEL:

James W. Gould
Keith J . McWha
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY  10281-2101
(212) 415-8700

September 1, 2006