IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77-JJF |
| ) | |
| BBA NONWOVENS SIMPSONVILLE INC. ) | |
| and REEMAY INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, defendants hereby notify the Court that R. Jan Pirozzolo-Mellowes is hereby withdrawn from representing defendants, BBA Nonwovens Simpsonville Inc. and Reemay Inc.

Dated: October 30, 2006
/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
Attorney for Defendants

Of Counsel:

Michael E. Zeliger, Esq.
Christopher Centurelli, Esq.
KIRKPATRICK & LOCKHART
 NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100

496712v1

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, Esq., hereby certify that on October 30, 2006 a copy of the foregoing document was caused to be served upon the following:

**BY HAND DELIVERY**

Jack Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FACSIMILE AND U.S. MAIL**

Keith J. McWha, Esquire
Morgan & Finnegan
3 World Financial Center
New York, New York 10281-2101

/s/ *Francis DiGiovanni*
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Attorney for Defendants

496712v1