IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77 (JJF) |
| ) | |
| BBA NONWOVENS SIMPSONVILLE INC. ) | |
| and REEMAY INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND PROPOSED ORDER TO EXTEND DATES SET FORTH
IN THE SEPTEMBER 26, 2006 AMENDED SCHEDULING ORDER**

It is hereby stipulated by Plaintiff Baldwin Graphic Systems, Inc. ("Baldwin") and Defendants BBA Nonwovens Simpsonville Inc. and Reemay Inc. (collectively "BBA"), subject to the approval of the Court, that the deadline of December 29, 2006 set forth in paragraph 2(a) the Amended Scheduling Order dated September 26, 2006 (D.I. 30) is extended by approximately one month, as set forth in the attached Proposed Second Amended Scheduling Order.

The reason for this stipulation is as follows. Settlement discussions have been delayed because the senior management of Baldwin was involved in a major business acquisition which has now been concluded. The parties are currently engaged in settlement discussions and are continuing to explore a possible business resolution. As such, in the interest of judicial economy and financial efficiency, the parties believe that the extension of time is appropriate.

As set forth in the attached certification, under Local Rule 16.5, counsel for Baldwin and BBA have sent a copy of this request to their respective clients.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ, LLP |
|---|---|
| /s/ *Leslie A. Polizoti* | /s/ *Francis DiGiovanni* |
| Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>lpolizoti@mnat.com<br>  *Attorneys for Plaintiff,*<br>  *Baldwin Graphic Systems, Inc.* | Francis DiGiovanni (#3189)<br>Stephanie O'Byrne (#4446)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br>(302) 888-6316<br>fdigiovanni@cblh.com<br>  *Attorneys for Defendants, BBA Nonwovens*<br>  *Simpsonville Inc. and Reemay Inc.* |

OF COUNSEL:

James W. Gould
Keith J. McWha
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY 10281
(212) 415-8700

OF COUNSEL:

Michael E. Zeliger
Christopher Centurelli
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

SO ORDERED this 12 day of December, 2006.

_____
United States District Judge