IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77-JJF |
| ) | |
| BBA NONWOVENS SIMPSONVILLE INC. ) | |
| and REEMAY INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents: DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 5-11), DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 55-66), DEFENDANTS' RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES (NOS. 12-25), and DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT FOR ADMISSIONS OF FACT PURSUANT TO RULE 36, FED. R. CIV. P. (NOS. 1-15) were served upon the following attorneys of record on January 29, 2007.

| **Via Hand Delivery** | **Via E-mail and Federal Express** |
|---|---|
| Jack Blumenfeld, Esquire | Keith J. McWha, Esquire |
| Morris, Nichols, Arsht & Tunnell | James W. Gould, Esquire |
| 1201 N. Market Street | Morgan & Finnegan |
| P.O. Box 1347 | 3 World Financial Center |
| Wilmington, DE 19899 | New York, NY 10281-2101 |
| | kmcwha@morganfinnegan.com |
| | jgould@morganfinnegan.com |

518381_1

Dated: January 29, 2007

*Francis DiGiovanni by /JDH*
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com
Attorneys for Defendants

518381_1

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on January 29, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by e-mail and Federal Express on the following counsel of record:

>Keith J. McWha, Esquire
>James W. Gould, Esquire
>Morgan & Finnegan
>3 World Financial Center
>New York, NY  10281-2101
>kmcwha@morganfinnegan.com
>jgould@morganfinnegan.com

>Francis DiGiovanni (#3189)
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19899
>Phone (302) 658-9141
>fdigiovanni@cblh.com
>Attorneys for Defendants

518381_1