IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   v. | )   C.A. No. 06-77 (JJF) |
| | ) |
| BBA NONWOVENS SIMPSONVILLE INC. | ) |
| and REEMAY INC., | ) |
| | ) |
|       Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Baldwin Graphic Systems Inc.'s Responses to Defendants' First Requests for Admissions and Baldwin's Responses to BBA NonWovens Simpsonville Inc.'s Second Set of Interrogatories (No. 16) were caused to be served on January 29, 2007 upon the following in the manner indicated:

### BY HAND AND BY E-MAIL

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207

### BY FEDERAL EXPRESS AND BY E-MAIL

Michael E. Zeliger
Christopher Centurelli
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for Plaintiff,*
  *Baldwin Graphic Systems, Inc.*

OF COUNSEL:

James W. Gould
Keith J. McWha
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700

January 29, 2007
718030

## CERTIFICATE OF SERVICE

I, Leslie A. Polizoti, hereby certify that on January 29, 2007 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Francis DiGiovanni
> CONNOLLY BOVE LODGE & HUTZ, LLP

I also certify that copies were caused to be served on January 29, 2007 upon the following in the manner indicated:

### BY HAND AND BY E-MAIL

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207

### BY FEDERAL EXPRESS AND BY E-MAIL

Michael E. Zeliger
Christopher Centurelli
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

*/s/ Leslie A. Polizoti*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com