IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BALDWIN GRAPHICS SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-77-JJF |
| | ) | |
| BBA NONWOVENS SIMPSONVILLE INC., | ) | |
| and REEMAY INC., | ) | |
| Defendants. | ) | |

**STIPULATION AND PROPOSED ORDER**
**REFLECTING NAME CHANGE OF DEFENDANTS AND AMENDING CAPTION**

WHEREAS, the name of defendant BBA Nonwovens Simpsonville Inc. has been changed to Fiberweb Simpsonville, Inc.;

WHEREAS, the name of defendant Reemay Inc. has been changed to Fiberweb, Inc.; and

WHEREAS, the above name changes do not constitute a transfer of interest as provided for in Fed. R. Civ. P. 25(c),

THEREFORE, the parties hereby stipulate, subject to the Order of the Court, that the defendants shall be referred to by their new names, and the caption shall be amended to reflect the new names of the defendant corporations. A form of caption reflecting the new names of the defendant corporations is attached hereto as Exhibit A. Defendants, both as BBA Nonwovens Simpsonville Inc. and Reemay Inc. (collectively, "BBA") and under the changed names of Fiberweb Simpsonville, Inc. and Fiberweb, Inc. (collectively, "Fiberweb"), will not assert the change of name as a basis to avoid admissions of BBA as binding on Fiberweb or admissibility of BBA documents against Fiberweb.

| | |
|---|---|
| /s/ Francis DiGiovanni            . | /s/ Leslie A. Polizoti            . |
| Francis DiGiovanni (#3189) | Jack B. Blumenfeld (#1014) |
| Connolly Bove Lodge and Hutz LLP | Leslie A. Polizoti (#4299) |
| 1007 North Orange Street | Morris, Nichols, Arsht & Tunnell LLP |
| P.O. Box 2207 | 1201 N. Market Street |
| Wilmington, DE  19899 | P.O. Box 1347 |
| (302) 658-9141 | Wilmington, DE  19899 |
| fdigiovanni@cblh.com | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| Dated:  February 9, 2007 | lpolizoti@mnat.com |
| | |
| | Dated:  February 9, 2007 |

SO ORDERED, this _____ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

516910_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BALDWIN GRAPHICS SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-77-JJF |
| | ) | |
| FIBERWEB SIMPSONVILLE, INC., | ) | |
| and FIBERWEB, INC., | ) | |
| Defendants. | ) | |

*FORM OF AMENDED CAPTION*