IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-077-JJF |
| | ) | |
| FIBERWEB SIMPSONVILLE, INC., | ) | |
| and FIBERWEB, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO TRANSFER OR STAY THIS ACTION**

Pursuant to 28 U.S.C. § 1404(a) Defendants move to transfer this action to the Northern District of Illinois, or in the alternative, to stay this action for the reasons set forth in the attached Memorandum.

Date: June 14, 2007

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ LLP**

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Telephone: 302-888-6316
Facsimile: 302-658-5614
fdigiovanni@cblh.com

- 2 -

Of Counsel:

Michael E. Zeliger
Christopher Centurelli
Jackson Ho
**KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIBERWEB SIMPSONVILLE, INC., )<br>and FIBERWEB, INC., )<br>)<br>Defendants. ) | Civil Action No. 06-077-JJF |

## ORDER TRANSFERRING CASE

WHEREAS, Defendants' Motion to Transfer or Stay this case, and argument thereon, has been considered by the Court,

IT IS SO ORDERED, this ___ day of July, 2007, that this case is transferred to the United States District Court for the Northern District of Illinois.

_____
United States District Judge

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for the defendants conferred by telephone with counsel for plaintiff on Friday June 8, 2007, regarding the merits of this Motion. Despite these efforts, the parties were unable to resolve the issues presented by this Motion. Accordingly, this Motion is presented to the Court for determination.

/s/ Francis DiGiovanni
Francis DiGiovanni (# 3189)

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, Esq., hereby certify that on June 14, 2007, copies of the foregoing DEFENDANT'S MOTION TO TRANSFER OR STAY THIS ACTION were caused to be served upon the following:

### BY HAND DELIVERY AND E-MAIL

>Jack Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

### BY E-MAIL AND FEDERAL EXPRESS

>Keith J. McWha, Esquire
>Morgan & Finnegan
>3 World Financial Center
>New York, New York 10281-2101

>/s/ Francis DiGiovanni
>Francis DiGiovanni (# 3189)

544925