# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-077-JJF |
| ) | |
| FIBERWEB SIMPSONVILLE, INC., ) | |
| and FIBERWEB, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION:
## DEFENDANTS' MOTION TO TRANSFER OR STAY THIS ACTION

Pursuant to the Procedure for Filing Non-Case-Dispositive Motions in Patent Cases, Defendants hereby notice its Motion to Transfer, or in the Alternative, to Stay (D.I. 44), for July 13, 2007, at 10:00 a.m.

Date: June 15, 2007

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ LLP**

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Telephone: 302-888-6316
Facsimile: 302-658-5614
fdigiovanni@cblh.com

- 2 -

Of Counsel:

Michael E. Zeliger
Christopher Centurelli
Jackson Ho
**KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:  (617) 261-3100

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, Esq., hereby certify that on June 15, 2007, copies of the foregoing NOTICE OF MOTION: DEFENDANT'S MOTION TO TRANSFER OR STAY THIS ACTION were caused to be served upon the following:

**BY HAND DELIVERY AND E-MAIL**

> Jack Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

**BY E-MAIL**

> Keith J. McWha, Esquire
> Morgan & Finnegan
> 3 World Financial Center
> New York, New York 10281-2101

/s/ Francis DiGiovanni
Francis DiGiovanni (# 3189)

545052v1

- 3 -