# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

July 17, 2007

**VIA HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 North King Street
Room 4209, Lock Box 27
Wilmington, DE  19801

    Re:   *Baldwin Graphics Systems, Inc. v. Fiberweb Simpsonville, Inc.,*
            *Civil Action No. 06-077-JJF*

Dear Judge Farnan:

Attached is a proposed Order implementing the Court's ruling at the July 13, 2007 motions hearing pertaining to defendants' motion to stay the referenced case. All parties have agreed to the form of the proposed Order.

Respectfully,

Francis DiGiovanni

FD/drk
Enclosure

cc:    Clerk of Court (Via CM/ECF)
        Julia Heaney, Esq. (via CM/ECF and hand delivery)
        James W. Gould, Esq. (via CM/ECF)
        Michael E. Zeliger, Esq. (via CM/ECF)

552812v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-077-JJF |
| ) | |
| FIBERWEB SIMPSONVILLE, INC., ) | |
| and FIBERWEB, INC., ) | |
| ) | |
| Defendants. ) | |

WHEREAS, defendants Fiberweb Simpsonville, Inc. and Fiberweb, Inc. (collectively, "Fiberweb"), moved to stay this case pending the decision by the United States Court of Appeals for the Federal Circuit in *Baldwin Graphic Systems, Inc. v. Siebert, Inc.*, 07-1262 (Fed. Cir.) (D.I. 44), and the parties fully briefed said motion;

WHEREAS, on July 13, 2007, the Court heard argument thereon;

IT IS SO ORDERED, this _____ day of July, 2007, that, conditioned upon the entry of a stay in *Fiberweb PLC v. Baldwin Graphic Systems, Inc.*, No. HC-07-C (United Kingdom High Court of Justice, Chancery Div.), Fiberweb's motion to stay is GRANTED, and this case is stayed pending the decision by the United States Court of Appeals for the Federal Circuit in *Baldwin Graphic Systems, Inc. v. Siebert, Inc.*, 07-1262 (Fed. Cir.). Upon issuance of the decision by the Federal Circuit on appeal no. 07-1262, counsel shall jointly contact the Court to request a teleconference for the purpose of preparing an amended scheduling order in this case.

                                                _____
                                                Joseph J. Farnan, Jr.
                                                United States District Judge

552429 v1