IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIBERWEB SIMPSONVILLE, INC., )<br>and FIBERWEB, INC., )<br>)<br>Defendants. ) | Civil Action No. 06-077-JJF |

WHEREAS, defendants Fiberweb Simpsonville, Inc. and Fiberweb, Inc. (collectively, "Fiberweb"), moved to stay this case pending the decision by the United States Court of Appeals for the Federal Circuit in *Baldwin Graphic Systems, Inc. v. Siebert, Inc.*, 07-1262 (Fed. Cir.) (D.I. 44), and the parties fully briefed said motion;

WHEREAS, on July 13, 2007, the Court heard argument thereon;

IT IS SO ORDERED, this __19__ day of July, 2007, that, conditioned upon the entry of a stay in *Fiberweb PLC v. Baldwin Graphic Systems, Inc.*, No. HC-07-C (United Kingdom High Court of Justice, Chancery Div.), Fiberweb's motion to stay is GRANTED, and this case is stayed pending the decision by the United States Court of Appeals for the Federal Circuit in *Baldwin Graphic Systems, Inc. v. Siebert, Inc.*, 07-1262 (Fed. Cir.). Upon issuance of the decision by the Federal Circuit on appeal no. 07-1262, counsel shall jointly contact the Court to request a teleconference for the purpose of preparing an amended scheduling order in this case.

/s/ Joseph J. Farnan, Jr.<br>
Joseph J. Farnan, Jr.<br>
United States District Judge

552429 v1