IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-077-JJF |
| | ) | |
| FIBERWEB SIMPSONVILLE, INC., | ) | |
| and FIBERWEB, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF REBECCA MARJORIE ANNE HALFORD-HARRISON**

Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone: (302) 658-9141

Michael E. Zeliger
Christopher Centurelli
Jackson Ho
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Phone: (617) 261-3100

Dated: August 28, 2007

DECLARATION OF

REBECCA MARJORIE ANNE HALFORD-HARRISON

1. I, Rebecca Marjorie Anne Halford-Harrison, am a solicitor registered with the Law Society of England and Wales. I am a senior associate at K&L Gates, who are representing Fiberweb Plc in *Fiberweb Plc v Baldwin Graphic Systems Inc* (Claim No. HC-07-C01510), a case pending in the Patents Court, which is a court in the Chancery Division of the English High Court. I have responsibility for day to day conduct of the case.

**Exchange between the parties**

2. On 24 July 2007, K&L Gates, wrote to Baldwin Graphic System Inc's ("Baldwin") English attorneys, Mayer Brown Rowe & Maw ("Mayer Brown"), requesting approval of a draft consent order to a stay, a copy of which is attached at Exhibit RHH-1.

3. On 20 August 2007, Mayer Brown wrote to K&L Gates refusing to consent to the order for a stay (Exhibit RHH-2).

**Practice of the English courts on applications**

4. Under English court procedures, any application for an order of the court must be supported by reasonable grounds in fact or law why the court should exercise its discretion and grant the application requested.

5. If an application is made without reasonable grounds in fact or law, it would be expected that the English court would dismiss the application, would penalise the applicant by making an order for an award of costs against the applicant, possibly on an indemnity basis, and would criticise the applicant for having made the application. An award of costs includes attorneys' fees.

6. The English court rules stipulate that cases must be dealt with in a way that ensures compliance with the overriding objective of the procedural code, which includes, amongst other requirements, that the court (not the parties) actively manages cases to ensure they proceed quickly and efficiently and use the court resources appropriately. That means that making applications that are bound to fail is dissuaded. In effect, such applications are prevented.

**Application to this case**

7. In this instance, in view of Baldwin's refusal to consent to a stay of the English proceedings, there would be no reasonable grounds for the English Court to grant a stay until a decision of U.S. Federal Circuit. Therefore, any application would be bound to fail and Fiberweb Plc could be expected to be penalised on costs should it make such an application and to be criticised by the English court for having made the application.

8. That a U.S. order is conditioned upon a stay in the English court is not proper grounds for a stay of the English proceedings, most particularly because this concerns patents which are, by their nature, territorial. The ruling of a US court on a US patent has no effect on the ruling of an English court on an equivalent UK patent. The U.S. Federal Circuit decision will have no bearing on the English court proceedings. There are no other grounds upon which Fiberweb Plc could base an application for a stay.

9. In summary, in this case, only the consent of all parties to proceedings to a order for a stay would be likely to be considered persuasive to the English court. Without Baldwin's consent, an application to the English Court for a stay would be futile and would likely subject Fiberweb to an award of costs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 28th August 2007     _/s/ M. McCall M/_

2

EXHIBIT

RHH-1

**K&L | GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
110 Cannon Street
London EC4N 6AR

T +44 (0)20 7648 9000
F +44 (0)20 7648 9001   www.klgates.com

Mayer Brown Rowe & Maw
11 Pilgrim Street
London EC4V 6RW

Rebecca Halford-Harrison
rebecca.halford-harrison@klgates.com

| | |
|---|---|
| Our ref | NAD/RMH/6011615.0001 |
| Direct tel | +44 (0)20 7360 8294 |
| Direct fax | +44 (0)20 7360 6412 |
| Your ref | 20532/07042657 |

**By Fax and Post**

24 July 2007

Dear Sirs

**CLAIM NO. HC-07-C01510, FIBERWEB PLC -V- BALDWIN GRAPHIC SYSTEMS, INC**

We refer to your letter of 23 July 2007.

1. The information which you request to be made openly available is and remains confidential in its entirety.

2. In relation to samples, we understand your client has samples already. Whilst we consider the Product Description is sufficient of itself for the purposes of determining non-infringement, we offered inspection, which you have refused. You have provided no reason why inspection is not sufficient.

Your delaying tactics come as little surprise, as pointed out in our letter of 6 July, and we note that you continue to attempt to delay matters without proper reason, particularly given your clear refusal of our offer of inspection.

Notwithstanding these points, you are aware that a conditional order for a stay has been ordered in the parallel US proceedings. That stay is conditional upon a stay in the UK action. We enclose a draft consent order for a stay. You will note that we have proposed a further extension to file your client's Defence to within 14 days of the Siebert decision being handed down. Kindly confirm your consent to the form of order. We will then make the necessary application.

Yours faithfully

*K&L Gates*

**K&L Gates**

Kirkpatrick & Lockhart Preston Gates Ellis LLP is a limited liability partnership registered in England and Wales under number OC308508 and is regulated by the Law Society. Any reference to a partner in relation to Kirkpatrick & Lockhart Preston Gates Ellis LLP is a reference to a member of that LLP. A list of members and their professional qualifications may be inspected at our registered office, 110 Cannon Street, London EC4N 6AR, England. A reference to any office other than our London office is a reference to an office of our associated partnerships which are qualified in countries other than England and Wales.

HC-07-C01510

IN THE HIGH COURT OF JUSTICE
CHANCERY DIVISION
PATENTS COURT
BETWEEN:

FIBERWEB PLC

Claimant

-and-

BALDWIN GRAPHIC SYSTEMS, INC.
(a company incorporated in Connecticut USA)

Defendant

---

### Draft/ORDER FOR STAY

---

UPON the application of the Claimant, dated [●] July 2007;

UPON the parties agreeing that this action be stayed on the following terms; and

UPON READING the documents recorded on the Court file as having been read,

BY CONSENT IT IS ORDERED THAT:

1. The action be stayed pending a decision in, or dismissal of, United States Court of Appeals for the Federal Circuit in *Baldwin Graphic Systems, Inc. v. Siebert, Inc.*, 07-1262 (Fed. Cir.) (D.I. 44).

2. The Claimant shall have permission to apply for a Case Management Conference immediately following the lifting of the stay.

3. The Defendant shall file its Defence within 14 days of the stay being lifted.

4. The parties have permission on three days' notice to apply for further directions and generally.

5. The costs of this application and the action are reserved.

Dated        July 2007

EXHIBIT

RHH-2



11 Pilgrim Street
London EC4V 6RW
Telephone +44 (0)20 7248 4282
www.mayerbrownrowe.com
london@mayerbrownrowe.com
DX 93 LDE

Direct Fax +44 (0)20 7782 8155

Kirkpatrick & Lockhart Preston Gates Ellis LLP
110 Cannon Street
London EC4N 6AR
**FAO: Rebecca Halford-Harrison**

20 August 2007

Your ref: NAD/RMH/6011615.0001
Our ref: 20532/07042657

Dear Sirs

**Claim No. HC-07-C01510 Fiberweb Plc v Baldwin Graphic Systems, Inc**

In your letter of 25 July 2007 you said that you noted that the judge in the parallel US proceedings ordered the parties to stay the UK proceedings, and asked our client to consent to such a stay. You also said in your letter of 26 July 2007 that you understood that it was agreed between our clients' respective US counsel that, in view of the US judge's ruling, it was appropriate to stay the UK proceedings.

Our client's understanding of the position is not as you set out in your letters and, having considered the overall circumstances, are not prepared to consent to a stay of the proceedings in the UK.

Yours faithfully

*Mayer Brown Rowe & Maw LLP*

**Mayer, Brown, Rowe & Maw LLP**

This is a legal communication, not a financial communication. Neither this nor any other communication from this firm is intended to be, or should be construed as, an invitation or inducement (direct or indirect) to any person to engage in investment activity.

Mayer, Brown, Rowe & Maw LLP is a limited liability partnership registered in England (registered number OC303359) and is regulated by the Law Society. A list of members' names and their professional qualifications may be inspected at our registered office, 11 Pilgrim Street, London EC4V 6RW, England.

We operate in combination with our associated Illinois, USA, limited liability partnership in the offices listed below.
BERLIN · BRUSSELS · CHARLOTTE · CHICAGO · COLOGNE · FRANKFURT · HONG KONG · HOUSTON · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · PARIS · WASHINGTON
37471579.1

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, Esq., hereby certify that on August 28, 2007 copies of the foregoing **DECLARATION OF REBECCA MARJORIE ANNE HALFORD-HARRISON** were caused to be served upon the following:

**BY HAND DELIVERY**

>Jack Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

**BY FACSIMILE AND FEDERAL EXPRESS**

>Keith J. McWha, Esquire
>Morgan & Finnegan
>3 World Financial Center
>New York, New York 10281-2101

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)