## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-077-JJF |
| | ) | |
| FIBERWEB SIMPSONVILLE, INC., | ) | |
| and FIBERWEB, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION:
### DEFENDANTS' MOTION TO STAY THIS ACTION

Pursuant to the Procedure for Filing Non-Case-Dispositive Motions in Patent Cases,

Defendants hereby notice its Motion to Stay (D.I. 55), for October 5, 2007, at 10:00 a.m.


Date: August 28, 2007              Respectfully submitted,

                                   **CONNOLLY BOVE LODGE & HUTZ LLP**


                                   /s/ Francis DiGiovanni                  _
                                   Francis DiGiovanni (#3189)
                                   The Nemours Building
                                   1007 North Orange Street
                                   P.O. Box 2207
                                   Wilmington, Delaware 19899-2207
                                   Telephone:  302-888-6316
                                   Facsimile:  302-658-5614
                                   fdigiovanni@cblh.com

Of Counsel:

Michael E. Zeliger
Christopher Centurelli
Jackson Ho
**KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:  (617) 261-3100

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, Esq., hereby certify that on August 28, 2007, copies of the

foregoing **NOTICE OF MOTION: DEFENDANTS' MOTION TO STAY THIS ACTION**

were caused to be served upon the following:

### BY HAND DELIVERY AND E-MAIL

> Jack Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

### BY E-MAIL

> Keith J. McWha, Esquire
> Morgan & Finnegan
> 3 World Financial Center
> New York, New York 10281-2101

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)