IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BALDWIN GRAPHIC SYSTEMS, INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 06-077-JJF
:
FIBERWEB SIMPSONVILLE, INC. and :
FIBERWEB, INC., :
:
    Defendants. :

### ORDER

WHEREAS, the Court has considered Defendants' Motion To Stay (D.I. 55) and Plaintiff's Opposition (D.I. 58);

WHEREAS, the Court finds in the circumstances of this case, including foreign litigation that is ongoing, a stay is not warranted;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Defendants' Motion To Stay (D.I. 55) is **DENIED**.

2) The parties shall submit a proposed Rule 16 Scheduling Order that provides for the following:

    a) all fact and expert discovery to be completed no later than July 2008;

    b) case dispositive motions, if any, to be filed no later than September 2008;

    c) Trial to be held in November 2008

September 19, 2007
DATE

UNITED STATES DISTRICT JUDGE