IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|       v. | )   C.A. No. 06-77-JJF |
| | ) |
| FIBERWEB SIMPSONVILLE, INC., | ) |
| and FIBERWEB, INC., | ) |
| | ) |
|       Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents:

**(1) DEFENDANTS' NOTICE OF DEPOSITION OF AKIRA HARA; (2) DEFENDANTS' NOTICE OF DEPOSITION OF CHARLES R. GASPARRINI; (3) DEFENDANTS' NOTICE OF DEPOSITION OF WALTER A. CANO** were served upon the following attorneys of record on October 25, 2007.

| **VIA HAND DELIVERY & E-MAIL** | **VIA E-MAIL** |
|---|---|
| Jack Blumenfeld, Esquire | Keith J. McWha, Esquire |
| Morris, Nichols, Arsht & Tunnell | James W. Gould, Esquire |
| 1201 N. Market Street | Morgan & Finnegan |
| P.O. Box 1347 | 3 World Financial Center |
| Wilmington, DE 19899 | New York, NY 10281-2101 |

Dated: October 25, 2007            /s/ Francis DiGiovanni
                                          Francis DiGiovanni (#3189)
                                          CONNOLLY BOVE LODGE & HUTZ LLP
                                          The Nemours Building
                                          1007 N. Orange Street
                                          Wilmington, Delaware 19801
                                          (302) 658-9141
                                          fdigiovanni@cblh.com
                                          Attorneys for Defendants

572421_1

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on October 25, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail on the following counsel of record:

> Keith J. McWha, Esquire
> James W. Gould, Esquire
> Morgan & Finnegan
> 3 World Financial Center
> New York, NY  10281-2101

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

572421_1