IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77 (JJF) |
| ) | |
| FIBERWEB SIMPSONVILLE INC. and ) | |
| FIBERWEB, INC. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S NOTICE OF DEPOSITION OF JON HOWEY

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Baldwin Graphic Systems, Inc. ("Baldwin") will take the deposition, upon oral examination, of Jon Howey before a Notary Public or other officer authorized by law to administer an oath. The deposition will take place at the offices of Kirkpatrick & Lockhart Preston Gates Ellis LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111 on November 7, 2007 at 9:30 a.m. The deposition will continue from day to day until concluded. The deposition will be recorded stenographically and may be videotaped.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
 *Attorneys for Plaintiff,*
 *Baldwin Graphic Systems, Inc.*

OF COUNSEL:

James W. Gould
Keith J. McWha
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700

October 25, 2007
1295414

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on October 25, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Francis DiGiovanni
> CONNOLLY BOVE LODGE & HUTZ, LLP

I also certify that copies were caused to be served on October 25, 2007 upon the following in the manner indicated:

### BY EMAIL

> Francis DiGiovanni
> CONNOLLY BOVE LODGE & HUTZ, LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19899-2207

> Michael E. Zeliger
> Christopher Centurelli
> KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
> State Street Financial Center
> One Lincoln Street
> Boston, MA 02111-2950

*/s/ Julia Heaney*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com