IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIBERWEB SIMPSONVILLE, INC., ) <br> and FIBERWEB, INC., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 06-77-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents:

1) **DEFENDANTS' FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 5-11); 2) DEFENDANTS' SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-4); 3) DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES (NOS. 12-25)** were served upon the following attorneys of record on November 5, 2007.

| VIA HAND DELIVERY & E-MAIL | VIA E-MAIL |
|---|---|
| Jack Blumenfeld, Esquire | Keith J. McWha, Esquire |
| Morris, Nichols, Arsht & Tunnell | James W. Gould, Esquire |
| 1201 N. Market Street | Morgan & Finnegan |
| P.O. Box 1347 | 3 World Financial Center |
| Wilmington, DE 19899 | New York, NY 10281-2101 |

574247_1

| | |
|---|---|
| Dated: November 5, 2007 | /s/ Francis DiGiovanni<br>Francis DiGiovanni (#3189)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, Delaware 19801<br>(302) 658-9141<br>fdigiovanni@cblh.com<br>Attorneys for Defendants |

Of Counsel:

Michael E. Zeliger
Christopher Centurelli
Jackson Ho
**KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100

574247_1

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on November 5, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail on the following counsel of record:

>Keith J. McWha, Esquire
>James W. Gould, Esquire
>Morgan & Finnegan
>3 World Financial Center
>New York, NY  10281-2101

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)

574247_1