IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-77 (JJF) |
| | ) |
| FIBERWEB SIMPSONVILLE INC. and FIBERWEB, INC. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF DEPOSITION OF JAMES BRIGGS

PLEASE TAKE NOTICE that pursuant to Rule 30, Fed. R. Civ. P., plaintiff Baldwin Graphic Systems, Inc. ("Baldwin") will take the deposition, upon oral examination, of James Briggs before a Notary Public or other officer authorized by law to administer an oath. The deposition will take place at the New York offices of Kirkpatrick & Lockhart Preston Gates Ellis LLP, 599 Lexington Avenue, 32nd Floor, New York, NY 10022-6030 on December 7, 2007, at 9:30 a.m. The deposition will be recorded stenographically and may by videotaped.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
 *Attorneys for Plaintiff,*
 *Baldwin Graphic Systems, Inc.*

OF COUNSEL:

James W. Gould
Keith J. McWha
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700

November 30, 2007
1325586

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 30, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Francis DiGiovanni
>CONNOLLY BOVE LODGE & HUTZ, LLP

I also certify that copies were caused to be served on November 30, 2007 upon the following in the manner indicated:

**BY E-MAIL**

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207

Michael E. Zeliger
Christopher Centurelli
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

*/s/ Julia Heaney (#3052)*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com