IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77 (JJF) |
| ) | |
| FIBERWEB SIMPSONVILLE INC. and ) | |
| FIBERWEB, INC. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:  Francis DiGiovanni              Michael E. Zeliger
     CONNOLLY BOVE LODGE & HUTZ, LLP  Christopher Centurelli
     The Nemours Building             KIRKPATRICK & LOCKHART
     1007 North Orange Street         NICHOLSON GRAHAM LLP
     Wilmington, DE 19899-2207        State Street Financial Center
                                      One Lincoln Street
                                      Boston, MA 02111-2950

PLEASE TAKE NOTICE that Plaintiffs' Motion For *In Camera* Review and To Compel Production of Documents will be heard on January 18, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff,
  Baldwin Graphic Systems, Inc.*

OF COUNSEL:

James W. Gould
Keith J. McWha
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700

December 19, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 19, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Francis DiGiovanni
> CONNOLLY BOVE LODGE & HUTZ, LLP

I also certify that copies were caused to be served on December 19, 2007 upon the following in the manner indicated:

**BY E-MAIL**

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207

Michael E. Zeliger
Christopher Centurelli
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com