IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC.,      ) | |
|                                      ) | |
|          Plaintiff,               ) | |
|                                      ) | |
|     v.                                 ) | C.A. No. 06-77 (JJF) |
|                                    ) | |
| FIBERWEB SIMPSONVILLE INC. and     ) | |
| FIBERWEB, INC.                         ) | |
|                                    ) | |
|         Defendants.              ) | |

**PLAINTIFFS' MOTION FOR *IN CAMERA* REVIEW
AND TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to paragraph 9 of the Stipulated Protective Order (D.I. 42) plaintiff Baldwin Graphic Systems, Inc. moves for *in camera* review of documents produced by defendants and later asserted to be privileged, and to compel production of all documents found not to be privileged as a result of *in camera* review. The grounds for the motion are set forth in plaintiff's opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff,*
  *Baldwin Graphic Systems, Inc.*

OF COUNSEL:

James W. Gould
Keith J. McWha
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700

December 19, 2007
1343057

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendants, and that no agreement was reached.

*/s/ Julia Heaney (#3052)*
Julia Heaney (#3052)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 19, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Francis DiGiovanni
> CONNOLLY BOVE LODGE & HUTZ, LLP

I also certify that copies were caused to be served on December 19, 2007 upon the following in the manner indicated:

### BY E-MAIL

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207

Michael E. Zeliger
Christopher Centurelli
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com