IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-077-JJF |
| : | |
| FIBERWEB SIMPSONVILLE, INC. and : | |
| FIBERWEB, INC., : | |
| : | |
| Defendants. : | |

## O R D E R

WHEREAS, Plaintiff filed a Motion to Compel Production of Documents with a request for an in camera review of fifty-five (55) documents (D.I. 75);

WHEREAS, Defendant opposes the motion and request for an in camera review citing an updated privilege log that should have resolved the underlying issue and further arguing that the protective order in this case does not require such a review by the Court (D.I. 77);

WHEREAS, the Court finds that the simplest way to resolve this dispute is to look at the fifty-five (55) documents and determine if a privilege applies. The Court will treat the review as an application under Rule 37. The Court will resolve the disputes and allow the prevailing party fees and costs.

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion For In Camera Review and To Compel Production of Documents (D.I. 75) is **GRANTED**. Defendant is **ORDERED** to produce the

documents to be reviewed to Chambers **no later than Tuesday, January 22, 2008.**

_January 17, 2008_  
DATE

_[signature]_  
UNITED STATES DISTRICT JUDGE