# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

January 22, 2008

**VIA HAND DELIVERY (WITH ENCLOSURES)
and ECF (WITHOUT ENCLOSURES)**
The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 North King Street
Room 4209, Lock Box 27
Wilmington, DE 19801

    Re:   *Baldwin Graphics Systems, Inc. v. Fiberweb Simpsonville, Inc., et al.,*
            Civil Action No. 06-077-JJF

Dear Judge Farnan:

    Pursuant to the Court's Order dated January 17, 2008 (D.I. 88), please find enclosed Defendants' Submission of Documents *In Camera*.

                                    Respectfully submitted,

                                    Francis DiGiovanni

FD/njw

Enclosures

cc:    Jack B. Blumenfeld, Esq. *(without enclosures) (via hand delivery and e-mail)*
        Keith J. McWha, Esq. *(without enclosures) (via e-mail)*
        Michael E. Zeliger, Esq. *(with enclosures)*

587742v1