IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-77 (JJF) |
| | ) |
| FIBERWEB SIMPSONVILLE INC. and FIBERWEB, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF LODGING

Plaintiff Baldwin Graphic Systems, Inc. hereby submits for filing the attached summary chart of Baldwin's proposed claim constructions, as part of the record of the February 5, 2008 Markman hearing in this action. Plaintiff's counsel discussed the contents of the attached summary during the hearing, but inadvertently did not include the chart in the binder of demonstrative exhibits that were submitted at the hearing.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff,*
  *Baldwin Graphic Systems, Inc.*

OF COUNSEL:

James W. Gould
Keith J. McWha
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700

February 5, 2008
1477180

| Claim Term Baldwin's RE35,976 (asserted claims- 28, 29, 31, 32) | Baldwin's Proposed Claim Construction | Federal Circuit's Construction |
|---|---|---|
| "a pre-soaked fabric roll" | one or more pre-soaked fabric rolls | "not limited to a single roll" (*Siebert*, slip op. at *9) |
| "sealed sleeve" | Heat-sealing the sleeve around the roll by application of heat to the open peripheral edges of the sleeve to close the openings of the sleeve. | "limited to heat-sealed sleeve" (*Siebert*, slip op. at *9) |
| "Disposed Therearound" claim 32 | The sealed sleeve surrounds the fabric roll on all sides; no limitation of contact, intimate contact or touching | |
| "intimate contact" claims 1-27, 30 | At least a portion of the plastic sleeve must directly touch the fabric roll. | "no requirement…that the plastic sleeve must be in contact with the entire fabric roll" Slip Op. 9 |
| "contact" claims 28, 29, 31 | At least a portion of the plastic sleeve is in direct or indirect contact with the fabric roll | "no requirement…that the plastic sleeve must be in contact with the entire fabric roll" Slip Op. 9 |
| "no contact" claim 32 | No limitation of intimate contact or contact or snug fit | |
| "means for locating said fabric roll adjacent to and operatively associated with a cylinder to be cleaned" | shaft located on an appropriate machine such as a printing press provided with a take-up roll to take up the used portion of the cleaning fabric | |

| Claim Term Baldwin's US5,974,976 (asserted claims- 1, 7, 9, 12, 13, 14, 15, 16, 18, 21, 23, 24, 25) | Baldwin's Proposed Claim Construction | Federal Circuit's Construction |
|---|---|---|
| "reduced air content cleaning fabric" | Measure air reduction before and after mechanical step that occurs after fabric is formed but before saturation with solvent | "not limited to any particular process or method of making the pre-packaged, pre-soaked cleaning system, or to any sequence of air content reduction relative to winding" (*Siebert*, slip op. at *11) |
| "reducing air content of a strip of cleaning fabric" | Measure air reduction before and after mechanical step that occurs after fabric is formed but before saturation with solvent | does not require that "the air content must be reduced prior to winding on the roll" (*Siebert*, slip op. at *11) |
| "means for introducing said solvent" | Includes all disclosures in specification | |
| "ambient temperature" | surrounding temperature when mounted on press | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 5, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Francis DiGiovanni
> CONNOLLY BOVE LODGE & HUTZ, LLP

I also certify that copies were caused to be served on February 5, 2008 upon the following in the manner indicated:

**BY E-MAIL**

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207

Michael E. Zeliger
Christopher Centurelli
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com