## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77-JJF |
| ) | |
| FIBERWEB SIMPSONVILLE, INC., ) | |
| and FIBERWEB, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

**DEFENDANTS' SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 5-11)** was served upon the following attorneys of record on February 20, 2008.

| **VIA HAND DELIVERY & E-MAIL** | **VIA E-MAIL & FEDERAL EXPRESS** |
|---|---|
| Jack Blumenfeld, Esquire | Keith J. McWha, Esquire |
| Morris, Nichols, Arsht & Tunnell | James W. Gould, Esquire |
| 1201 N. Market Street | Morgan & Finnegan |
| P.O. Box 1347 | 3 World Financial Center |
| Wilmington, DE 19899 | New York, NY 10281-2101 |

Dated: February 20, 2008

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com
Attorneys for Defendants

593379_1

Of Counsel:

Michael E. Zeliger
Christopher Centurelli
Jackson Ho
**KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:  (617) 261-3100

593379_1

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on February 20, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and Federal Express on the following counsel of record:

> Keith J. McWha, Esquire
> James W. Gould, Esquire
> Morgan & Finnegan
> 3 World Financial Center
> New York, NY  10281-2101

>> /s/ Francis DiGiovanni
>> Francis DiGiovanni (#3189)

593379_1