IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-77 (JJF) |
| | ) |
| FIBERWEB SIMPSONVILLE, INC., | ) |
| and FIBERWEB, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Third Request to Defendant for the Production of Documents and Things Pursuant to Rule 34, Fed. R. Civ. P. (Nos. 67-71)* was caused to be served on March 14, 2008 upon the following in the manner indicated:

**BY HAND and E-MAIL**

Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207

**BY FEDERAL EXPRESS and E-MAIL**

Michael E. Zeliger
Christopher Centurelli
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Julia Heaney (#3052)*
        _____
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        jheaney@mnat.com
          *Attorneys for Plaintiff,*
          *Baldwin Graphic Systems, Inc.*

OF COUNSEL:

James W. Gould
Keith J. McWha
Seth J. Silverman
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY  10281-2101
(212) 415-8700

March 14, 2008
518507

### CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on March 14, 2008 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Francis DiGiovanni
> CONNOLLY BOVE LODGE & HUTZ, LLP

I also certify that copies were caused to be served on March 14, 2008 upon the following in the manner indicated:

### BY E-MAIL

> Francis DiGiovanni
> CONNOLLY BOVE LODGE & HUTZ, LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19899-2207

> Michael E. Zeliger
> Christopher Centurelli
> KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
> State Street Financial Center
> One Lincoln Street
> Boston, MA  02111-2950

*/s/ Julia Heaney (#3052)*
Julia Heaney (#3052)