IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-77-JJF |
| | ) |
| FIBERWEB SIMPSONVILLE, INC., | ) |
| and FIBERWEB, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

**DEFENDANTS' RESPONSES TO PLAINTIFF'S THIRD REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 67-71)** was served upon the following attorneys of record on April 14, 2008.

**VIA HAND DELIVERY & E-MAIL**
Jack Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA E-MAIL & FEDERAL EXPRESS**
Keith J. McWha, Esquire
James W. Gould, Esquire
Morgan & Finnegan
3 World Financial Center
New York, NY 10281-2101

Dated: April 14, 2008

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com
Attorneys for Defendants

604785_1

Of Counsel:

Michael E. Zeliger
Christopher Centurelli
Jackson Ho
**KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:  (617) 261-3100

604785_1

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on April 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and Federal Express on the following counsel of record:

>Keith J. McWha, Esquire
>James W. Gould, Esquire
>Morgan & Finnegan
>3 World Financial Center
>New York, NY  10281-2101

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)

604785_1