IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-77 (JJF) |
| | ) |
| FIBERWEB SIMPSONVILLE INC. and | ) |
| FIBERWEB, INC. | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND PROPOSED ORDER STAYING THE CASE**

WHEREAS, the parties are negotiating a settlement of this litigation, and the discussions are in an advanced stage;

WHEREAS, because of the advanced settlement negotiations, and the anticipated settlement of the case, the parties seek a stay of the case and of remaining dates set forth in the Fourth Amended Scheduling Order (D.I. 61) , namely: expert report exchanges, close of fact and expert discovery, dispositive motion submission deadline, pretrial conference, and trial;

It is hereby stipulated by plaintiff Baldwin Graphic Systems, Inc. ("Baldwin") and defendants Fiberweb Simpsonville, Inc. and Fiberweb, Inc. (collectively "Fiberweb"), subject to the approval of the Court, that:

(1) the case is STAYED, and the remaining dates in the Scheduling Order are no longer required to be met; and

(2) the parties shall file a joint status report, or shall dismiss the case, on or before May 16, 2008.

Counsel for Baldwin and Fiberweb certify under Local Rule 16.5 that they have sent a copy of this request to their respective clients.

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ, LLP |
|---|---|
| /s/ Julia Heaney | /s/ Francis DiGiovanni |
| Jack B. Blumenfeld (#1014) | Francis DiGiovanni (#3189) |
| Julia Heaney (#3052) | The Nemours Building |
| 1201 N. Market Street | 1007 North Orange Street |
| P.O. Box 1347 | P.O. Box 2207 |
| Wilmington, DE 19899-1347 | Wilmington, Delaware 19899-2207 |
| (302) 658-9200 | (302) 888-6316 |
| jheaney@mnat.com | fdigiovanni@cblh.com |
| *Attorneys for Plaintiff,* | *Attorneys for Defendants, Fiberweb* |
| *Baldwin Graphic Systems, Inc.* | *Simpsonville, Inc. and Fiberweb, Inc.* |

SO ORDERED this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE