IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-77 (JJF) |
| ) | |
| FIBERWEB SIMPSONVILLE INC. and ) | |
| FIBERWEB, INC. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

The parties hereby stipulate, subject to the approval of the Court, that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ, LLP |
|---|---|
| */s/ Julia Heaney (#3052)* | */s/ Francis DiGiovanni (#3189)* |
| Jack B. Blumenfeld (#1014) | Francis DiGiovanni (#3189) |
| Julia Heaney (#3052) | The Nemours Building |
| 1201 N. Market Street | 1007 North Orange Street |
| P.O. Box 1347 | P.O. Box 2207 |
| Wilmington, DE 19899-1347 | Wilmington, Delaware 19899-2207 |
| (302) 658-9200 | (302) 888-6316 |
| jheaney@mnat.com | fdigiovanni@cblh.com |
| *Attorneys for Plaintiff,* | *Attorneys for Defendants, Fiberweb* |
| *Baldwin Graphic Systems, Inc.* | *Simpsonville, Inc. and Fiberweb, Inc.* |

2309865

SO ORDERED this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE