IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-77 (JJF) ) |
| FIBERWEB SIMPSONVILLE INC. and FIBERWEB, INC. | ) ) ) |
| Defendants. | ) ) |

**STIPULATION AND ORDER OF DISMISSAL**

The parties hereby stipulate, subject to the approval of the Court, that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney (#3052)
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff,*
  *Baldwin Graphic Systems, Inc.*

CONNOLLY BOVE LODGE & HUTZ, LLP

/s/ Francis DiGiovanni (#3189)
_____
Francis DiGiovanni (#3189)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 888-6316
fdigiovanni@cblh.com
  *Attorneys for Defendants, Fiberweb*
  *Simpsonville, Inc. and Fiberweb, Inc.*

2309865

SO ORDERED this 13 day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE