AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>06cv77 | DATE FILED<br>2/3/2006 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Baldwin Graphic Systems Inc. | | DEFENDANT<br>BBA Nonwovens Simpsonville Inc., Reemay Inc. and BBA Holdings Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 35,976 | 12/1/1998 | Baldwin Graphic Systems Inc. |
| 2 | US 5,974,976 | 11/2/1999 | Baldwin Graphic Systems Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Stipulation and Order of Dismissal |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>Nicole M. Selmyer | DATE<br>5/16/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BALDWIN GRAPHIC SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIBERWEB SIMPSONVILLE INC. and <br> FIBERWEB, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-77 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER OF DISMISSAL**

The parties hereby stipulate, subject to the approval of the Court, that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Plaintiff,*
   *Baldwin Graphic Systems, Inc.*

CONNOLLY BOVE LODGE & HUTZ, LLP

*/s/ Francis DiGiovanni (#3189)*
_____
Francis DiGiovanni (#3189)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 888-6316
fdigiovanni@cblh.com
   *Attorneys for Defendants, Fiberweb*
   *Simpsonville, Inc. and Fiberweb, Inc.*

2309865

SO ORDERED this *13* day of *May*, 2008.

_____
UNITED STATES DISTRICT JUDGE